FILED
2026 Apr-07  PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **HENRY CLAY SMITH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:25-cv-337-ACA-HNJ** |
| | ) | |
| **STATE OF ALABAMA, *et al.*,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## FINAL ORDER

Consistent with accompanying memorandum opinion, the court **DENIES** the petition and **DISMISSES** this action **WITH PREJUDICE**. (Doc. 7). The court **DENIES** Mr. Smith's Motion for Remand to Vacate (doc. 23), Second Motion for Remand to Vacate (doc. 25), Third Motion for Remand to Vacate (doc. 26), and Motion to Show Cause (doc. 31). The court also **OVERRULES** Mr. Smith's Objection by Writ of Mandamus (doc. 27) and Petition for Writ of Mandamus (doc. 28). Finally, the court **DENIES** Mr. Smith a certificate of appealability.

Costs are taxed as paid.

**DONE** and **ORDERED** this April 7, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE